# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL FOSTER, a minor, by and through MARNYTA FOSTER, his Mother and Next Friend, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 05-86-GPM ) |
| CITY OF O'FALLON, O'FALLON POLICE DEPARTMENT and TIM STUMPF, | ) ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is the motion of defendants City of O'Fallon, O'Fallon Police Department and Tim Stumpf to compel plaintiff to answer interrogatories and requests for production propounded on or about August 31, 2005, and to extend the deadline for taking plaintiff's deposition until after the discovery answers have been received. **(Doc. 27).**

Federal Rules of Civil Procedure 33 and 34 prescribe a 30-day response period, and there is no evidence of a written agreement signed by all parties to extend that time period. Therefore, defendants' motion to compel is well taken. Similarly, there is no evidence of a written agreement signed by all parties to extend the deadline for deposing plaintiff. Defendants' ability to efficiently depose plaintiff is obviously hampered by the lack of answers to their discovery requests. Therefore, an extension of the deposition deadline is warranted.

1

**IT IS THEREFORE ORDERED** that, for good cause shown the defendants' motion to compel and to reset the deadline for deposing plaintiff **(Doc. 27)** is **GRANTED**.   On or before **November 10, 2005,** plaintiff shall fully respond, without objection, to interrogatories and requests for production propounded by defendants on or about August 31, 2005.  The Court is certain the parties can agree on a mutually agreeable date for plaintiff's deposition; if no agreement can be reached, said date occurring on or before **November 30, 2005**.

**IT IS SO ORDERED.**

DATED: October 27, 2005

**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**